# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0083. DAVID ROBERTSON v. THE STATE.**

David Robertson petitioned the trial court under OCGA § 42-1-19 for removal from the sex offender registry. The trial court denied his petition, and Robertson filed both an application for discretionary appeal and this direct appeal. We lack jurisdiction for two reasons.

First, pursuant to OCGA § 5-6-35 (a) (5.2), "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal. Second, Robertson did file an application for discretionary appeal, which this Court denied. *Robertson v. State*, Case No. A18D0493 (denied June 25, 2018). Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/05/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*